SCHROEDER, Circuit Judge,
concurring:
I fully concur in Judge Kozinski’s opinion with its comprehensive historical analysis. I write separately only to offer a brief comment about Judge Ikuta’s lengthy, well written dissent.
In addition to noting my disagreement with the dissent’s interpretation of common law and Supreme Court authority, I also observe that the dissent unfortunately lacks sensitivity to two of the most important components of our system of justice. The first is the dignity with which court proceedings should be conducted. The dissent thus ignores the degradation of hu- . man beings who stand before a court in chains without having been convicted, or in many instances, without even having been formally charged with any crime. Second, the dissent lacks sensitivity to the proper role of the judges as opposed to the Marshals Service in determining how a courtroom should be run. Thus the dissent accepts the data provided by the Marshals Service even though no district court judge has ever made any finding of fact concerning the data’s accuracy or whether it provides a good reason for this unprecedented mass shackling.
Our court today correctly upholds the proper role of the judges, as opposed to the jailors, in the courtroom.